# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 55 MM 2015

Respondent :

v. :

SAMUEL D. MITCHELL, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Application for Appointment of Counsel is **DISMISSED, WITHOUT PREJUDICE** to Petitioner's right to pursue relief in his presently-pending Post Conviction Relief Act petition.